# EXHIBIT B

## Jillian Baker

| | |
|---|---|
| **From:** | Harrington, Brian <bharrington@Husseyseating.com> |
| **Sent:** | Wednesday, June 28, 2023 8:43 AM |
| **To:** | Jillian Baker; Steven LeBoeuf |
| **Cc:** | Fitton, Jason |
| **Subject:** | Jun '23 Payment Application 1 |
| **Attachments:** | Inv #9907097 Pay App 1 Jun '23.pdf; DCU Center Pay App 1 (Jun '23).pdf |

Jillian & Steve,

Attached please find our Invoice #9907097 for services performed through June 2023. Attached please also find our signed and notarized Payment Application for that same period.

Please let us know if you need any additional documents to process payment.

Thank you,

Brian D. Harrington
**Treasury & Credit Manager**

38 Dyer Street Ext.
North Berwick, ME 03906
Office: 207-676-0302

bharrington@husseyseating.com
husseyseating.com
linkedin.com/in/harringtonbrian12

husseyseating
YOUR PARTNER FOR SEATING SOLUTIONS

Sourcewell Awarded Contract
Contract # 091719-HSC

**Contract #091719-HSC**
A competitively bid & awarded cooperative contract, ready for use in all 50 States & Canada.

husseyseating
YOUR PARTNER FOR SEATING SOLUTIONS

# INVOICE

Bill To:
STUTMAN CONTRACTING, INC.
18 SUTTON AVENUE
OXFORD, MA 01540

*PLEASE REMIT TO:*
**HUSSEY SEATING CO.**
**CLIENT ID # 800034**
**PO BOX 983122**
**BOSTON MA 02298-3122**

Ship To:
DCU CENTER
50 FOSTER STREET
WORCESTER, MA 01608

| INVOICE |
|---|
| **9907097** |
| DATE |
| **28-Jun-23** |

| Cust. No. | | Contact | Project | Date of Contract | | Terms |
|---|---|---|---|---|---|---|
| **35594** | | **SRTEVE LEBOEUF** | **DCU ARENA SEATING** | **05/08/23** | **PAYMENT APPLICATION #1** | **NET 30** |

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| | **DCU ARENA SEATING (INSTALLATION LABOR)** | | |
| | **ORIGINAL AGREEMENT (executed May 8, 2023)** | **$1,086,295.00** | |
| | **TOTAL CONTRACT** | **$1,086,295.00** | |
| 13% | FIXED SEATING INSTALLATION (10,257 @ $55.00 Each) | $564,135.00 | $70,730.00 |
| 54% | FIXED SEATING DEMOLIATION (10,257 @ $21.00 Each) | $215,397.00 | $117,306.00 |
| 0% | TELESCOPIC PLATFORM INSTALLATION BANKS A-H | $35,000.00 | $0.00 |
| 0% | TELESCOPIC PLATFORM INSTALLATION BANKS J-T | $35,000.00 | $0.00 |
| 0% | TELESCOPIC PLATFORM INSTALLATION BANKS U-V & LOW RISE | $25,000.00 | $0.00 |
| 0% | PLATFORM SEAT INSTALLATION (1,704 @ $48.21) | $82,150.00 | $0.00 |
| 0% | TELESCOPIC DEMOLITION | $55,000.00 | $0.00 |
| 0% | CLEANING CONCRETE TREADS 100 LEVEL (20 SECTIONS @ $1,243.55) | $24,871.00 | $0.00 |
| 0% | CLEANING CONCRETE TREADS 200 LEVEL (40 SECTIONS @ $1,243.55) | $49,742.00 | $0.00 |
| | **THIS CONTRACT TO DATE** | **$1,086,295.00** | **$188,036.00** |
| | **LESS 5% RETAINAGE** | | **$9,401.80** |
| | **LESS PREVIOUS PAYMENT APPLICATIONS** | | **$0.00** |
| | **TOTAL INVOICE NOW DUE** | | **$178,634.20** |

## APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

TO (OWNER): Stutman Contracting

PROJECT: DCU Center Installation, Worcester, MA

APPLICATION NO: 1

PERIOD TO: 6/30/2023

FROM (CONTRACTOR): HUSSEY SEATING COMPANY
38 DYER STREET EXT.
NORTH BERWICK, ME 03906

VIA (ARCHITECT):

ARCHITECT'S PROJECT NO:

CONTRACT FOR: DCU Center Installation

CONTRACT DATE: 5/8/2023

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
**Continuation Sheet, AIA Document G703, is attached.**

| | | | |
|---|---|---|---|
| **1. ORIGINAL CONTRACT SUM** | | | $ 1,086,295.00 |
| **2. Net Change by Change Orders** | | | $ - |
| **3. CONTRACT SUM TO DATE** | (Line 1+/- 2) | | $ 1,086,295.00 |
| **4. TOTAL COMPLETED & STORED TO DATE** (Column G on G703) | | | $ 188,036.00 |
| **5. RETAINAGE:** | | | |
| a. 5% of Completed Work (Column D+E on G703) | | $ 188,036.00 | |
| b. of Stored Material (Column F on G703) | | 0% | |
| Total Retainage (Line 5a+5b or Total in Column I on G703 | | | $ 9,401.80 |
| **6. TOTAL EARNED LESS RETAINAGE** (Line 4 less Line 5 Total) | | | $ 178,634.20 |
| **7. LESS PREVIOUS CERTIFICATES FOR PAYMENT** | (Line 6 from prior Certificate) | | $ - |
| **8. CURRENT PAYMENT DUE** | | | $ 178,634.20 |
| **9. BALANCE TO FINISH, PLUS RETAINAGE** (Line 3 less Line 6) | | | $ 907,660.80 |

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | | | |
| Approved this Month | | | |
| Number | Date Approved | | |
| | | | |
| | TOTALS | 0 | 0 |
| Net change by Change Orders | | 0 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Hussey Seating Company

By: [signature] Date: 06/28/2023

State of: Maine County of: York
Subscribed and sworn to before me this 28 day of June 2023

Notary Public: [signature]

My Commission expires: 12-3-2026

Rene L Hokinson
NOTARY PUBLIC
State of Maine
My Commission Expires
December 3, 2026

### CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** $ ____________

*(Attach explanation if amount certified differs from the amount applied for.)*

CONSTRUCTION MANAGER:

By: ____________ DATE: ____________

ARCHITECT:

By: ____________ DATE: ____________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this contract.

AIA DOCUMENT G702/CMa-APPLICATION AND CERTIFICATE FOR PAYMENT-CONSTRUCTION MANAGER-ADVISOR EDITION
1992 EDITION-AIA - 1992 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W.,WASHINGTON, D.C. 20006-5292
*WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.*

PROJECT: DCU Center Installation

APPLICATION # : 1
APPL. DATE: 6/28/2023
PERIOD TO: 6/30/2023

Pg. 2 of 2

| A | B | C | D | E | | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM # | DESC. OF WORK | SCHEDULED VALUE | WORK COMP. FROM PREV. APPLICATION | WORK COMP. THIS PERIOD | % E/C | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE D+E+F | % G/C | BALANCE TO FINISH (C-G) | RETAINAGE 5% |
| 1 | Fixed Seating Installation (10,257 @ $55.00 Each) | 564,135.00 | 0.00 | 70,730.00 | 13% | 0.00 | 70,730.00 | 13% | 493,405.00 | 3,536.50 |
| 2 | Fixed Seating Demolition (10,257 @ $21.00 Each) | 215,397.00 | 0.00 | 117,306.00 | 54% | 0.00 | 117,306.00 | 54% | 98,091.00 | 5,865.30 |
| 3 | Telescopics Platform Installation Banks A-H | 35,000.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% | 35,000.00 | 0.00 |
| 4 | Telescopics Platform Installation Banks J-T | 35,000.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% | 35,000.00 | 0.00 |
| 5 | Telescopics Platform Installation Banks U/V & Low Rise | 25,000.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% | 25,000.00 | 0.00 |
| 6 | Platform Seat Installation (1704 @ $48.21) | 82,150.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% | 82,150.00 | 0.00 |
| 7 | Telescopic Demolition | 55,000.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% | 55,000.00 | 0.00 |
| 8 | Cleaning Concrete Treads 100 Level (20 Sections @ $1243.55) | 24,871.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% | 24,871.00 | 0.00 |
| 9 | Cleaning Concrete Treads 200 Level (40 Sections @ $1243.55) | 49,742.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% | 49,742.00 | 0.00 |
| | TOTALS | 1,086,295.00 | 0.00 | 188,036.00 | 17% | 0.00 | 188,036.00 | 17% | 898,259.00 | 9,401.80 |