# EXHIBIT C

**Jillian Baker**

| | |
|---|---|
| **From:** | Harrington, Brian <bharrington@husseyseatnig.com> |
| **Sent:** | Tuesday, July 25, 2023 10:59 AM |
| **To:** | Jillian Baker; Steven LeBoeuf |
| **Cc:** | Fitton Jason |
| **Subject:** | Jun '23 Payment Application 1 |

Jillian & Steve,

Please be advised that our banking information has recently changed, and we have experienced cases of lost checks in the mail. Please do you know when payment will be scheduled so I can forward our updated bank information to update your records for submitting ACH/Wire payments to the new account.

Please confirm that you have received this and made this update, as will be closing our former account.

Await your response.

Thank you,

**Brian D. Harrington**
**Treasury & Credit Manager**

38 Dyer Street Ext.
North Berwick, ME 03906
Office: 207-676-0302

bharrington@husseyseating.com
husseyseating.com
[linkedin.com/in/example]linkedin.com/in/harringtonbrian12

husseyseating™
YOUR PARTNER FOR SEATING SOLUTIONS

Sourcewell Awarded Contract
Contract # 091719-HSC

**Contract #091719-HSC**
A competitively bid & awarded cooperative contract, ready for use in all 50 States & Canada.

**From:** Harrington, Brian <bharrington@Husseyseating.com>
**Sent:** Wednesday, June 28, 2023 8:42 AM
**To:** Jillian Baker <jstutman@stutmancontracting.com>; Steven LeBoeuf <sleboeuf@stutmancontracting.com>
**Cc:** Fitton Jason <jfitton@husseyseatnig.com>
**Subject:** Jun '23 Payment Application 1

Jillian & Steve,

Attached please find our Invoice #9907097 for services performed through June 2023. Attached please also find our signed and notarized Payment Application for that same period.

Please let us know if you need any additional documents to process payment.

Thank you,

**Brian D. Harrington**
**Treasury & Credit Manager**

38 Dyer Street Ext.
North Berwick, ME 03906
Office: 207-676-0302

bharrington@husseyseating.com
husseyseating.com
[linkedin.com/in/example]linkedin.com/in/harringtonbrian12

YOUR PARTNER FOR SEATING SOLUTIONS

Sourcewell
Awarded Contract
Contract # 091719-HSC

**Contract #091719-HSC**
A competitively bid & awarded cooperative contract, ready for use in all 50 States & Canada.