# EXHIBIT D

**Jillian Baker**

**From:** Jillian Baker
**Sent:** Tuesday, July 25, 2023 1:48 PM
**To:** Harrington, Brian; Steven LeBoeuf
**Cc:** Fitton Jason
**Subject:** RE: Jun '23 Payment Application 1

Hi Brian,

Thank you for the information. We have not been paid for our app 1 as of yet. Typically we see it 30-45 days after submission. I would expect to hopefully see payment the first week of August. I will keep you posted.

Thank you!

Jillian Baker
Vice President
Stutman Contracting, Inc.
18 Sutton Avenue
Oxford, MA 01540
Phone: 508-987-9472
Fax: 508-987-9856

**From:** Harrington, Brian <bharrington@husseyseatnig.com>
**Sent:** Tuesday, July 25, 2023 10:59 AM
**To:** Jillian Baker <jstutman@stutmancontracting.com>; Steven LeBoeuf <sleboeuf@stutmancontracting.com>
**Cc:** Fitton Jason <jfitton@husseyseatnig.com>
**Subject:** Jun '23 Payment Application 1

Jillian & Steve,

Please be advised that our banking information has recently changed, and we have experienced cases of lost checks in the mail. Please do you know when payment will be scheduled so I can forward our updated bank information to update your records for submitting ACH/Wire payments to the new account.

Please confirm that you have received this and made this update, as will be closing our former account.

Await your response.

Thank you,

Brian D. Harrington
Treasury & Credit Manager

**Jillian Baker**

**From:** Harrington, Brian <bharrington@husseyseatnig.com>
**Sent:** Tuesday, July 25, 2023 2:32 PM
**To:** Jillian Baker
**Cc:** Steven LeBoeuf; Fitton Jason
**Subject:** Re: Jun '23 Payment Application 1

Hi Jillian,

Thank you for the information. Moving forward we would like to update our bank information so you can update your records for submitting ACH/Wire payment to the new account.

Thank you,

Brian D. Harrington
**Treasury & Credit Manager**

38 Dyer Street Ext.
North Berwick, ME 03906
Office: 207-676-0302

bharrington@husseyseating.com
husseyseating.com
[linkedin.com/in/example]linkedin.com/in/harringtonbrian12

husseyseating
YOUR PARTNER FOR SEATING SOLUTIONS

Sourcewell Awarded Contract
Contract # 091719-HSC

**Contract #091719-HSC**
A competitively bid & awarded cooperative contract, ready for use in all 50 States & Canada.

On Tue, Jul 25, 2023 at 10:47 AM Jillian Baker <jstutman@stutmancontracting.com> wrote:

Hi Brian,

Thank you for the information. We have not been paid for our app 1 as of yet. Typically we see it 30-45 days after submission. I would expect to hopefully see payment the first week of August. I will keep you posted.

Thank you!