# EXHIBIT E

## Jillian Baker

**From:** Harrington, Brian <bharrington@Husseyseating.com>
**Sent:** Wednesday, July 26, 2023 3:04 PM
**To:** Jillian Baker; Steven LeBoeuf
**Cc:** Fitton, Jason
**Subject:** Jul '23 Payment Application 2
**Attachments:** Inv #9907134 Pay App 2 Jul '23.pdf; DCU Center Pay App 2 (Jul '23).pdf

Jillian & Steve,

Attached please find our Invoice #9907134 for services performed through July 2023. Attached please also find our signed and notarized Payment Application for that same period.

Please let us know if you need any additional documents to process payment.

Thank you,

**Brian D. Harrington**
**Treasury & Credit Manager**

38 Dyer Street Ext.
North Berwick, ME 03906
Office: 207-676-0302

bharrington@husseyseating.com
husseyseating.com
linkedin.com/in/harringtonbrian12

husseyseating™
YOUR PARTNER FOR SEATING SOLUTIONS

Sourcewell Awarded Contract
Contract # 091719-HSC

**Contract #091719-HSC**
A competitively bid & awarded cooperative contract, ready for use in all 50 States & Canada.

husseyseating
YOUR PARTNER FOR SEATING SOLUTIONS

# INVOICE

Bill To:
STUTMAN CONTRACTING, INC.
18 SUTTON AVENUE
OXFORD, MA 01540

*PLEASE REMIT TO:*
**HUSSEY SEATING CO.**
**CLIENT ID # 800034**
**PO BOX 983122**
**BOSTON MA 02298-3122**

Ship To:
DCU CENTER
50 FOSTER STREET
WORCESTER, MA 01608

| INVOICE |
|---|
| **9907134** |
| DATE |
| **26-Jul-23** |

| Cust. No. | | Contact | Project | Date of Contract | | Terms |
|---|---|---|---|---|---|---|
| **35594** | | **STEVE LEBOEUF** | **DCU ARENA SEATING** | **05/08/23** | **PAYMENT APPLICATION #2** | **NET 30** |

| Quantity | | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| | | **DCU ARENA SEATING (INSTALLATION LABOR)** | | |
| | | **ORIGINAL AGREEMENT (executed May 8, 2023)** | **$1,086,295.00** | |
| | | **TOTAL CONTRACT** | **$1,086,295.00** | |
| 54% | | FIXED SEATING INSTALLATION (10,257 @ $55.00 Each) | $564,135.00 | $307,230.00 |
| 75% | | FIXED SEATING DEMOLIATION (10,257 @ $21.00 Each) | $215,397.00 | $162,414.00 |
| 0% | | TELESCOPIC PLATFORM INSTALLATION BANKS A-H | $35,000.00 | $0.00 |
| 0% | | TELESCOPIC PLATFORM INSTALLATION BANKS J-T | $35,000.00 | $0.00 |
| 0% | | TELESCOPIC PLATFORM INSTALLATION BANKS U-V & LOW RISE | $25,000.00 | $0.00 |
| 0% | | PLATFORM SEAT INSTALLATION (1,704 @ $48.21) | $82,150.00 | $0.00 |
| 0% | | TELESCOPIC DEMOLITION | $55,000.00 | $0.00 |
| 0% | | CLEANING CONCRETE TREADS 100 LEVEL (20 SECTIONS @ $1,243.55) | $24,871.00 | $0.00 |
| 75% | | CLEANING CONCRETE TREADS 200 LEVEL (40 SECTIONS @ $1,243.55) | $49,742.00 | $37,306.50 |
| | | **THIS CONTRACT TO DATE** | **$1,086,295.00** | **$506,950.50** |
| | | **LESS 5% RETAINAGE** | | **$25,347.53** |
| | | **LESS PREVIOUS PAYMENT APPLICATIONS** | | **$178,634.20** |
| | | **TOTAL INVOICE NOW DUE** | | **$302,968.77** |