# EXHIBIT F

**Jillian Baker**

---

| | |
|---|---|
| **From:** | Jillian Baker |
| **Sent:** | Thursday, July 27, 2023 7:35 AM |
| **To:** | Harrington, Brian |
| **Cc:** | Steven LeBoeuf; Fitton Jason |
| **Subject:** | RE: Jun '23 Payment Application 1 |

If you want to send over your bank info we can see what we can do. We don't typically do payments that way but I can contact the bank to have it set up.

Thanks!

Jillian Baker
Vice President
Stutman Contracting, Inc.
18 Sutton Avenue
Oxford, MA 01540
Phone: 508-987-9472
Fax: 508-987-9856

**From:** Harrington, Brian <bharrington@husseyseatnig.com>
**Sent:** Tuesday, July 25, 2023 2:32 PM
**To:** Jillian Baker <jstutman@stutmancontracting.com>
**Cc:** Steven LeBoeuf <sleboeuf@stutmancontracting.com>; Fitton Jason <jfitton@husseyseatnig.com>
**Subject:** Re: Jun '23 Payment Application 1

Hi Jillian,

Thank you for the information. Moving forward we would like to update our bank information so you can update your records for submitting ACH/Wire payment to the new account.

Thank you,

**Brian D. Harrington**
**Treasury & Credit Manager**

38 Dyer Street Ext.
North Berwick, ME 03906
Office: 207-676-0302

bharrington@husseyseating.com
husseyseating.com
[linkedin.com/in/example]linkedin.com/in/harringtonbrian12

HUSSEY SINCE 1835 husseyseating™
YOUR PARTNER FOR SEATING SOLUTIONS

**Jillian Baker**

---

**From:** Harrington, Brian <bharrington@husseyseatnig.com>
**Sent:** Thursday, July 27, 2023 2:12 PM
**To:** Jillian Baker
**Cc:** Steven LeBoeuf; Fitton Jason
**Subject:** Re: Jun '23 Payment Application 1
**Attachments:** Bank Info.pdf

Hi Jillian,

Attached please find our bank information as requested.

Kindly confirm the safe receipt.

Thank you,
**Brian D. Harrington**
**Treasury & Credit Manager**

38 Dyer Street Ext.
North Berwick, ME 03906
Office: 207-676-0302

bharrington@husseyseating.com
husseyseating.com
[linkedin.com/in/example]linkedin.com/in/harringtonbrian12

husseyseating
YOUR PARTNER FOR SEATING SOLUTIONS

Sourcewell Awarded Contract
Contract # 091719-HSC

**Contract #091719-HSC**
A competitively bid & awarded cooperative contract, ready for use in all 50 States & Canada.

On Thu, Jul 27, 2023 at 4:35 AM Jillian Baker <jstutman@stutmancontracting.com> wrote:

If you want to send over your bank info we can see what we can do. We don't typically do payments that way but I can contact the bank to have it set up.

Thanks!

husseyseating
YOUR PARTNER FOR SEATING SOLUTIONS

# BANK INFORMATION

Bank Name: Citizens Bank

Bank Address: 490 N Broad St, Suite 6, Philadelphia, PA, 19130

Account Number: Redacted

Routing Number (ACH): Redacted

Routing Number (Wire): Redacted

Swift Code: CTZIUS33XXX