# EXHIBIT G

**Jillian Baker**

| | |
|---|---|
| **From:** | Harrington, Brian <bharrington@husseyseatnig.com> |
| **Sent:** | Tuesday, August 8, 2023 2:37 PM |
| **To:** | Jillian Baker |
| **Cc:** | Steven LeBoeuf; Fitton Jason |
| **Subject:** | Re: Jun '23 Payment Application 1 |

Thank you for your payment. Will let you know once the payments hits our account.

Thank you,
**Brian D. Harrington**
**Treasury & Credit Manager**

38 Dyer Street Ext.
North Berwick, ME 03906
Office: 207-676-0302

bharrington@husseyseating.com
husseyseating.com
[linkedin.com/in/example]linkedin.com/in/harringtonbrian12

**Contract #091719-HSC**
A competitively bid & awarded cooperative contract, ready for use in all 50 States & Canada.

On Tue, Aug 8, 2023 at 11:03 AM Jillian Baker <jstutman@stutmancontracting.com> wrote:

Wire Transfer was completed this afternoon. (2) transfers were needed because we rarely do wires and had a low limit. We have upped our limit for your next payment so it will only be one wire.

Thank you,

Jillian Baker

Vice President

Stutman Contracting, Inc.

18 Sutton Avenue

Oxford, MA 01540