# EXHIBIT I

## Jillian Baker

| | |
|---|---|
| **From:** | Harrington, Brian <bharrington@husseyseatnig.com> |
| **Sent:** | Tuesday, September 5, 2023 2:06 PM |
| **To:** | Jillian Baker |
| **Cc:** | Steven LeBoeuf; Fitton Jason |
| **Subject:** | Aug '23 Payment Application 3 |
| **Attachments:** | Inv #9907161 Pay App 3 Aug '23.pdf; DCU Center Pay App 3 (Aug '23).pdf |

Jillian & Steve,

Sorry, I thought I had already sent it. Attached please find our Invoice #9907161 for services performed through August 2023. Attached please also find our signed and notarized Payment Application #3 for that same period.

Please let us know if you need any additional documents to process payment.

Thank you,

**Brian D. Harrington**
**Treasury & Credit Manager**

38 Dyer Street Ext.
North Berwick, ME 03906
Office: 207-676-0302

bharrington@husseyseating.com
husseyseating.com
linkedin.com/in/harringtonbrian12

**Contract #091719-HSC**
A competitively bid & awarded cooperative contract, ready for use in all 50 States & Canada.

husseyseating

YOUR PARTNER FOR SEATING SOLUTIONS

# INVOICE

Bill To:
STUTMAN CONTRACTING, INC.
18 SUTTON AVENUE
OXFORD, MA 01540

*PLEASE REMIT TO:*
**HUSSEY SEATING CO.**
**CLIENT ID # 800034**
**PO BOX 983122**
**BOSTON MA 02298-3122**

Ship To:
DCU CENTER
50 FOSTER STREET
WORCESTER, MA 01608

| INVOICE |
|---|
| **9907161** |
| DATE |
| **25-Aug-23** |

| Cust. No. | | Contact | Project | Date of Contract | | Terms |
|---|---|---|---|---|---|---|
| **35594** | | **STEVE LEBOEUF** | **DCU ARENA SEATING** | **05/08/23** | **PAYMENT APPLICATION #3** | **NET 30** |

| Quantity | | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| | | **DCU ARENA SEATING (INSTALLATION LABOR)** | | |
| | | **ORIGINAL AGREEMENT (executed May 8, 2023)** | **$1,086,295.00** | |
| | | **TOTAL CONTRACT** | **$1,086,295.00** | |
| 75% | | FIXED SEATING INSTALLATION (10,257 @ $55.00 Each) | $564,135.00 | $425,370.00 |
| 100% | | FIXED SEATING DEMOLIATION (10,257 @ $21.00 Each) | $215,397.00 | $215,397.00 |
| 0% | | TELESCOPIC PLATFORM INSTALLATION BANKS A-H | $35,000.00 | $0.00 |
| 0% | | TELESCOPIC PLATFORM INSTALLATION BANKS J-T | $35,000.00 | $0.00 |
| 0% | | TELESCOPIC PLATFORM INSTALLATION BANKS U-V & LOW RISE | $25,000.00 | $0.00 |
| 0% | | PLATFORM SEAT INSTALLATION (1,704 @ $48.21) | $82,150.00 | $0.00 |
| 100% | | TELESCOPIC DEMOLITION | $55,000.00 | $55,000.00 |
| 100% | | CLEANING CONCRETE TREADS 100 LEVEL (20 SECTIONS @ $1,243.55) | $24,871.00 | $24,871.00 |
| 100% | | CLEANING CONCRETE TREADS 200 LEVEL (40 SECTIONS @ $1,243.55) | $49,742.00 | $49,742.00 |
| | | **THIS CONTRACT TO DATE** | **$1,086,295.00** | **$770,380.00** |
| | | **LESS 5% RETAINAGE** | | **$38,519.00** |
| | | **LESS PREVIOUS PAYMENT APPLICATIONS** | | **$481,602.97** |
| | | **TOTAL INVOICE NOW DUE** | | **$250,258.03** |